**Frederick L. PITCHFORD, Appellant,**

v.

**Denzil Price MARSHALL, Jr., District Judge, Personal Capacity; H. David Young, Magistrate Judge, Personal Capacity; Jane A. Kim, Attorney, Officer of the Court, Appellees.**

No. 11–1166.

United States Court of Appeals, Eighth Circuit.

Submitted: May 24, 2011.

Filed: June 6, 2011.

Frederick L. Pitchford, Earle, AR, pro se.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Frederick Pitchford appeals the district court's[1] preservice dismissal of his civil rights action. We conclude that dismissal was proper. *See Mireles v. Waco*, 502 U.S. 9, 11–12, 112 S.Ct. 286, 116 L.Ed.2d 9 (1991) (per curiam) (judicial immunity); *Kurtz v. City of Shrewsbury*, 245 F.3d 753, 758 (8th Cir.2001) (requirements for conspiracy claim under 42 U.S.C. § 1985); *Jensen v. Henderson*, 315 F.3d 854, 863 (8th Cir.2002) (42 U.S.C. § 1986 claim depends on existence of valid § 1985 claim). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.